**Dismissal and Opinion Filed July 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00099-CV

**CARLA DEPAZA, Appellant**
**V.**
**AUSTIN INTERNATIONAL VENTURES INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06412-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 23, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 23, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of the appeal. By letter dated March 27, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been

found to be entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, or provided written documentation that she has been found entitled to proceed without payment of costs in the trial court.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

150099F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CARLA DEPAZA, Appellant

No. 05-15-00099-CV          V.

AUSTIN INTERNATIONAL VENTURES INC., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-06412-B.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

    In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered July 13, 2015.